IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON CARROLL, ) | No. C 12-02513 EJD (PR) |
| Plaintiff. ) | ORDER OF DISMISSAL |
| vs. ) | |
| JERRY BROWN, et al., ) | |
| Defendants. ) | |

On May 16, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that his In Forma Pauperis ("IFP") Application was insufficient because of the following reasons: (1) Plaintiff did not use the correct form; (2) he did not submit a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official; and (3) he did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (See Docket No. 3.) Plaintiff was advised that he must respond to the notice within thirty days to avoid dismissal of the action. (Id.)

The deadline has since passed, and Plaintiff has failed to comply. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

DATED: 7/10/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02513Carroll_dism-ifp.wpd                    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DEON CARROLL,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.

Case Number: CV12-02513 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/10/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deon Carroll H73384
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960

Dated: 7/10/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk