IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON CARROLL,<br><br>    Plaintiff.<br>  vs.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No. C 12-02513 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION<br><br><br>(Docket No. 7) |

On July 10, 2012, the Court dismissed this civil rights action without prejudice because Plaintiff failed to file a complete *In Forma Pauperis* ("IFP") Application in the time provided and judgment was entered on the same day. (See Docket Nos. 4 and 5.) On July 12, 2012, Plaintiff filed a motion for leave to proceed IFP using the court's form application. (Docket No. 6.) However, the application is deficient because he failed to attached the following: (1) a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official; and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Id.) On September 4, 2012, Plaintiff filed a motion for extension of time to complete his IFP application. (Docket No. 7.) Plaintiff states that he has been transferred to different prisons several times and was without "property, legal material, [and] legal assistance." (Id.)

In the interest of justice, the Court will construe Plaintiff's motion for an extension

of time also as a motion for reconsideration and GRANT the motion.  However, the Court will not reopen this action until Plaintiff has completed his IFP application by filing the missing documents discussed above.  In the alternative, Plaintiff may pay the $350.00 filing fee.  Plaintiff must either file the missing documents or pay the filing fee **no later than thirty (30) days** from the date this order is filed.

The Clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to Plaintiff.

This order terminates Docket No. 7.

DATED: 10/2/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEON CARROLL,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.

Case Number: CV12-02513 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/4/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deon Carroll H73384
CSP-SAC, AS-103
PO Box 290066
Represa, CA 95671

Dated: 10/4/2102

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk