IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON CARROLL,<br><br>   Plaintiff.<br><br>vs.<br><br>JERRY BROWN, et al.,<br><br>   Defendants. | No. C 12-02513 EJD (PR)<br><br>ORDER OF DISMISSAL |

On May 16, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that his In Forma Pauperis ("IFP") Application was insufficient. (Doc. No. 3.) On July 10, 2012, Plaintiff's case was dismissed without prejudice for failure to pay the filing fee. (Doc. No. 4.) On July 12, 2012, Plaintiff filed an incomplete IFP application. (Doc. No. 6.) The Court granted Plaintiff two extensions of time to file a complete IFP application. (Doc. Nos. 8, 10.) Plaintiff was warned that if a complete IFP application was not filed by December 17, 2012, his case would be dismissed. The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 1/18/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02513Carroll_disms-ifp.wpd    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON CARROLL, | Case Number: CV12-02513 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JERRY BROWN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deon Carroll H73384
California Department of Corrections and Rehabilitation
PO Box 799003
San Diego, CA 92179

Dated: January 22, 2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk