IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON CARROLL,<br><br>　　　　Plaintiff.<br><br>　vs.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants. | No. C 12-02513 EJD (PR)<br><br>JUDGMENT |

　　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee.  A judgment of dismissal without prejudice is entered.

　　　The Clerk shall close the file.

DATED: 1/18/2013

　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　United States District Judge

Judgment
02513Carroll_judgment2.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEON CARROLL,

        Plaintiff,

  v.

JERRY BROWN et al,

        Defendant.

Case Number: CV12-02513 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deon Carroll H73384
California Department of Corrections and Rehabilitation
PO Box 799003
San Diego, CA 92179

Dated: January 22, 2013

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk